**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

In re: Kenric L. Redfearn,

    Debtor.

KENRIC L. REDFEARN,

    Appellant,                        No. 2:19-cv-01118-WJ-KK

v.

REGINA REDFEARN,

    Appellee.

## FINAL JUDGMENT

Pursuant to Fed. R. Bankr. P. 8024, and consistent with the Order Dismissing Appeal filed contemporaneously herewith, the Court issues its separate judgment finally disposing of this appeal.

**IT IS ORDERED, ADJUDGED, AND DECREED** that this bankruptcy appeal is **DISMISSED**, and Final Judgment is entered.

**SO ORDERED.**

                                                    **CHIEF UNITED STATES DISTRICT JUDGE**